UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

UNITED STATES OF AMERICA

v.                                                    Case No. 4:06-CR-8

TALENA A. FULTS                                       COLLIER/CARTER

_____/

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on Tuesday, June 27, 2006. At the hearing, defendant entered a plea of guilty to Count One of the Forty-Four Count Indictment. There is no plea agreement in this case. On the basis of the record made at the hearing, I find that the defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the lesser included offense of Count One of the Forty-Four Count Indictment, alleging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), be accepted, that the Court adjudicate defendant guilty of the charges set forth in Count One of the Indictment. I further recommend that defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Dated:  June 27, 2006                                    s/William B. Mitchell Carter
                                                         UNITED STATES MAGISTRATE
                    JUDGE


                              NOTICE TO PARTIES

        You have the right to <u>de novo</u> review of the foregoing findings by the district judge.  Any
application for review must be in writing, must specify the portions of the findings or
proceedings objected to, and must be filed and served no later than ten days after the plea
hearing.  Failure to file objections  within ten days constitutes a waiver of any further right to
challenge the plea of guilty in this matter.  <u>See</u> 28 U.S.C. §636(b).